# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **LEKITA HAYWOOD,**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>**and DOES 1 through 10, inclusive,**<br><br>　　　Defendants. | Case No.: 3:13-cv-00888<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff, LEKITA HAYWOOD, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: October 23, 2013　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　By:/s/ Michael McNulty
　　　　　　　　　　　　　　　　　　　　Michael McNulty, Esq.
　　　　　　　　　　　　　　　　　　　　McNulty & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　www.McNultyAssociatesTN.com
　　　　　　　　　　　　　　　　　　　　211 Printers Alley, Suite 400
　　　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37201

1

615.829.8250  
615.346.5208 fax  
michael@mcnultyassociatestn.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, PERFORMANT RECOVERY, INC., at the address stated below, and deposited said envelope in the United States mail.

PERFORMANT RECOVERY, INC.
c/o Jennifer Kirby
Attorney At Law
Surdyk, Dowd & Turner Co., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, Ohio  45342
jkirby@sdtlawyers.com

By:/s/ Michael McNulty  
Michael McNulty, Esq.