UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LEKITA HAYWOOD** ) | |
| ) | |
| **v.** ) | Civil Action No. 3:13-0888 |
| ) | Judge Sharp/Knowles |
| **PERFORMANT RECOVERY, INC, et al.**) | |

**O R D E R**

Pursuant to the Notice of Settlement filed by the Plaintiff on October 23, 2013 (Docket Entry No. 7), the Initial Case Management Conference scheduled for October 28, 2013, at 10:30 a.m., is CONTINUED to December 16, 2013, at 11:00 a.m.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge