# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **LEKITA HAYWOOD,**<br><br>  Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>**and DOES 1 through 10, inclusive,**<br><br>  Defendants. | **Case No.: 3:13-cv-00888** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff LEKITA HAYWOOD hereby voluntarily dismisses her claims, with prejudice, against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive.

DATED: November 12, 2013    RESPECTFULLY SUBMITTED,

               By: /s/ Michael McNulty
               Michael McNulty, Esq.
               McNulty & Associates, PLLC
               www.McNultyAssociatesTN.com
               211 Printers Alley, Suite 400
               Nashville, Tennessee 37201
               615.829.8250
               615.346.5208 fax
               michael@mcnultyassociatestn.com
               *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, PERFORMANT RECOVERY, INC., at the address stated below, and deposited said envelope in the United States mail.

PERFORMANT RECOVERY, INC.
c/o Jennifer Kirby
Attorney At Law
Surdyk, Dowd & Turner Co., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, Ohio 45342
jkirby@sdtlawyers.com

By:/s/ Michael McNulty
Michael McNulty, Esq.