IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEKITA HAYWOOD ) | |
| ) | Case No. 3:13-00888 |
| v. ) | JUDGE SHARP |
| ) | |
| PERFORMANCE RECOVERY, INC., ) | |
| et al., ) | |
| ) | |

**O R D E R**

Pursuant to the Notice of Voluntary Dismissal with Prejudice (Docket No. 10) filed by the plaintiff, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE